UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |  |
|---|---|---|
| Eric Lamback | ) | Chapter 13 |
| | ) | |
| | ) | 24-12155 pmm |
| | ) | |
| Santander Consumer USA Inc. | ) | |
| vs. | ) | |
| Eric Lamback | ) | |

**DEBTOR'S ANSWER TO SANTANDER CONSUMER USA INC'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

To the Honorable Patricia M. Mayer, United States Bankruptcy Judge: Respondent, Eric
Lamback ("Debtor"), by and through his attorney, Albert J. Scarafone, Jr., Esquire respectfully
represents:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Denied.  Debtor request proof of this allegation.

5.      Denied.  Debtor does not know what the balance of the loan is and demands proof
of this allegation.

6.      Denied.  Debtor request proof of this allegation.

7.      Denied.

WHEREFORE, Debtor respectfully prays this Honorable Court dismiss Santander
Consumer USA Inc.'s Motion.

Respectfully submitted,

/s/ Albert J. Scarafone, Esq.
Albert J. Scarafone, Esq.
Hill, Friedland & Scarafone
Attorneys for Debtor
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372